Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Dublin Division

FILED
U.S. DISTRICT COURT

2022 JUL 12 A 10: 22

CLERK _____
 S.D. OF GA.

Ross, R Michael *0001159973
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Jemaine White, Warden  et al
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No.  CV322-66
_____
(to be filled in by the Clerk's Office)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Michael R. Ross
   All other names by which you have been known: N/A
   ID Number: GDC#0001159973
   Current Institution
   Address: Telfair St. Prison
   Helena     Georgia     31037
   City       State       Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
   Name: Warden Jermaine White
   Job or Title *(if known)*: Warden of Telfair St Prison
   Shield Number:
   Employer:
   Address: Telfair State Prison P.O. Box549
   Helena     Georgia     31037
   City       State       Zip Code
   ☐ Individual capacity   ☑ Official capacity

Defendant No. 2
   Name: DWS Jacob Beasley (Former)
   Job or Title *(if known)*: Deputy Warden Security
   Shield Number:
   Employer: Warden at Valdosta State Prison
   Address: N/A
   N/A
   City       State       Zip Code
   ☐ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: DWS Veronica Stewart
Job or Title (if known): Deputy Warden Security
Shield Number:
Employer: Telfair State Prison P.O. Box 549
Address:
City: Helena   State: Georgia   Zip Code: 31037
☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: Karen Thomas
Job or Title (if known): UM of Tier 1 (former captain)
Shield Number:
Employer: Telfair State Prison P.O. Box 549
Address:
City: Helena   State: Georgia   Zip Code: 31037
☐ Individual capacity   ☑ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Section II. (B)

My Eigth Amendment right was violated due to "Cruel & Unusual Punishment. I was placed at substantial risk of serious harm of assault, due to lack of security and also of generalized & dangerous conditions due to Telfair State Prison having a well known and documented account of inmates being stabbed severly and hospitalized an even requiring medical attention on the regular.

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of

Section II. (D)

Telfair State Prison(s) Security Staff: Warden Jermaine White, Veronica Stewart-DWS, Karen Thomas Unit Manager (who at time was Captain) Tonja Keith, DW C&T where deliberately indifferent. They had knowledge of their being no staff in the booth(s), and failed to act reasonable at the time when they lacked security.

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Section IV. (B)

On May 30, 2021 numerous assaults & verbal threats were made towards non-gangmembers in B-building B-1. I myself am not a gangmember nor have I been one. By no officers in booth in B-building & entire compound posses a serious threat & physical harm to my life. And still occur to this present date & time,

C. What date and approximate time did the events giving rise to your claim(s) occur?

11/16/2020 9:30Am ; May 30, 2021 at 2:40p.m

Section IV (D)

Telfair State Prison(s) Security staff's Jermaine White, Warden; Veronica Stewart, Deputy Warden of Security; Jacob Beasley, former Deputy of Security; Karen Thomas, Unit Manager, (former captain at time); Tonja Keith, Deputy Warden of Care & Treatment where deliberately indifferent. They had knowledge of their being no staff in the booth(s) and failed to act reasonable at the time when they lacked security.

The harm that I have suffered due to the prison officials actions is by being housed in E1-201 well over 12 months. I haven't been able to participate in any details, or education programs that work towards me recieving pick points to go home, I have been denied. I have been denied normal regular and routine privileges that are allowed to all inmates, monthly incentive meals, weekly store calls, phone, communication with family, and any and all things governed & controlled by security & the administration officials with security that gives them a duty, which in turn, gives me a right.

Being that the Administration here at Telfair State Prison cares less about the security and welfare of "all" inmates here at this facility, is giving the inmate population the opportunity to control my life. Which is why the breach of security at this prison is a threat to my life.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Telfair State Prison

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

E-1-2013 Telfair Sate Prison

2. What did you claim in your grievance?

Lack of Security threat to my Life & that my constitutional rights under the 8th Amendment of the Constitution "Cruel & Unusual Punishments" & a(n) unsafe living condition.

3. What was the result, if any?

Denied at Prison Telfair St. Prison

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Yes Central granted

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   *N/A*

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   *N/A*

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   N/A
   Defendant(s)  N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition.   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  *N/A*
   Defendant(s) *N/A*

2. Court *(if federal court, name the district; if state court, name the county and State)*

   *N/A*

3. Docket or index number
   *N/A*

4. Name of Judge assigned to your case
   *N/A*

5. Approximate date of filing lawsuit
   *N/A*

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition  *N/A*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   *N/A*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-14-22

Signature of Plaintiff: Ross, Michael
Printed Name of Plaintiff: Ross, Michael
Prison Identification #: 0001159973
Prison Address: Telfair State Prison P.O. Box 549
Helena, Georgia 31037
            City        State     Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                City        State     Zip Code

Telephone Number
E-mail Address



Georgia Department of Corrections
Office of Professional Standards
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP IIB05-0001

Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

**Offender's Name:** Ross, Michael          **Grievance Number:** 334258

**GDC#:** 1159973                            **Facility:** Telfair State Prison

A member of my staff has reviewed your grievance. In your written statement you allege that there is a lack of security at TSP which is a threat to your life and welfare.

Our investigation revealed that there are staffing shortages around the state. At this time, recruitment and interviews are being established to help aid in this issue. TSP has also implemented a schedule consisting of TACT squads to help with the daily necessities of the inmates. The department is aware of the staffing issues and are continuing to work to implement ways to aid in this dilemma. Based on this information, this grievance is partially granted.

Date: 3/21/2022   JM

Commissioner's Designee, Southeast Region
Office of Professional Standards

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____          _____
Offender's signature                                        (date)

Ross, Michael #1159973 #E-1-201B
Telfair State Prison
P.O. Box 549
Helena, Ga. 31037





CLERK, U.S. DISTRICT COURT
POST OFFICE BOX 8286
Savannah, Georgia 31412



TELFAIR STATE PRISON
P.O. BOX 549, HELENA, GA 31037

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility/center has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.