IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MICHAEL RENARDO ROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 322-066 |
| | ) |
| JERMAINE WHITE, Warden; JACOB BEASLEY, Deputy Warden; VERONICA STEWART, Deputy Warden; and KAREN THOMAS, UM of Tier 1, | ) |
| | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 12th day of October, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE